**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Nicole M Pagani, et al.
                                    Plaintiff,

v.                                                         Case No.: 1:24−cv−13320
                                                           Honorable John J. Tharp Jr.

Cook County Sheriff's Office, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 16, 2025:

    MINUTE entry before the Honorable John J. Tharp, Jr:Defendant's motion to partially dismiss [18] is taken under advisement. The defendant's motion for extension of time [19] is granted. The defendant's answer is due 4/28/25. Given that extension, the plaintiff's response to the motion to dismiss is due 5/19/25; reply, if any, due 6/2/25. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.