# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Nicole M Pagani

                              Plaintiff,

v.                                                           Case No.: 1:24−cv−13320
                                                               Honorable John J. Tharp Jr.

Cook County Sheriff's Office, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 10, 2025:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion hearing held on 11/10/25. For the reasons stated on the record, Plaintiff's Motion for Protective Order [77] is granted. Defendants are given leave to serve amended or modified interrogatories by 11/20/25 consistent with the Court's comments on the record today. The parties' status report due on 12/2/25 [63] shall include the following: (1) Have Defendants served amended interrogatories, and if not, when they will be served; (2) The result of the parties' meet and confer about Plaintiff's interrogatories; and (3) The status of written discovery generally. The status hearing set for 12/9/25 at 10:00 a.m. [63] shall stand. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.