IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE M. PAGANI, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2024-CV-13320 |
| | ) | |
| v. | ) | District Judge John J. Tharp Jr. |
| | ) | |
| COOK COUNTY SHERIFF'S OFFICE, | ) | Magistrate Judge Jeffery T. Gilbert |
| and COOK COUNTY, as Indemnitor, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S JOINT MOTION FOR A
SETTLEMENT CONFERENCE AND STAY**

NOW COMES the Plaintiff, NICOLE M. PAGANI, by and through her Attorneys,

BRIAN J GRABER LLC, and HAWKS QUINDEL S.C., and in Response to the Joint Motion

for a Settlement Conference and Stay, the Plaintiff states as follows:

1. Plaintiff did agree to a settlement conference and a stay of discovery. However, it

was based on the defendant's agreement to produce the following 4 OPR files in advance of any

settlement conference:

  a) OPR2020-029

  b) OPR2020-0103

  c) OPR2023-0429

  d) OPR2022-0275

2. Defendant agreed to produce these files within the next 10 business days based on

its December 23, 2025, email to Plaintiff.

3. Defendant neglected to include this in the Joint Motion and asks for a stay of

discovery.

1

4.      Plaintiff has no objection to a settlement conference as long as the discovery stay does not prevent the production of these OPR files. However, the Defendant CCSO failed to mention that this was a material requirement for the Plaintiff to agree to a Settlement Conference in the Joint Motion.

WHEREFORE, the parties jointly request that this Honorable Court grant their Joint Motion for a Settlement Conference, require the Defendant to produce the four OPR files mentioned above, and stay discovery, and for such other relief as the Court finds reasonable and just.

Dated: January 4, 2026                                    Respectfully submitted,


                                                          /s/ Brian J. Graber
                                                          One of the Attorneys for Plaintiff, Nicole M. Pagani


Brian J. Graber
BRIAN J GRABER LLC
One of the Attorneys for Plaintiff, Nicole M. Pagani
200 E. Randolph Street
Suite 5100
Chicago, IL 60601
(312) 291-4648
Email: graberlaw1973@gmail.com

M. Nieves Bolanos
HAWKS QUINDEL SC
One of the Attorneys for Plaintiff, Nicole M. Pagani
111 E. Wacker Drive Ste 2300
Chicago, IL 60601
(312) 262-7517
Email: mnbolanos@hq-law.com

## CERTIFICATE OF SERVICE

I, BRIAN J. GRABER, an attorney, hereby certify that pursuant to LR 5.5(c), a true and correct copy of the foregoing Plaintiff's Response to the Joint Motion for Settlement Conference

2

and A Stay was served on by Fed. R. Civ. P. 5(a) in the manner authorized by Fed. R. Civ. P. 5(b) and (c) to Defendants, Cook County Sheriff's Office and Cook County, As Indemnitor, was served upon their attorneys of record by email on January 4, 2026, as follows:

> Robert T. Shannon
> V. Brette Bensigner
> HINSHAW & CULBERTSON LLP
> Attorneys for the Defendants
> 151 N. Franklin Street
> Suite 2500
> Chicago, IL 60606
> (312) 704-3000
> Emails: rshannon@hinshawlaw.com and
> bbensigner@hinshawlaw.com
>
> Kathleen C. Ori
> Cook County State's Attorney Office
> Attorney for Defendant, Cook County, As Indemnitor
> 500 Richard J. Daley Center
> Chicago, IL 60602
> Email: Kathleen.Ori@cookcouuntysao.org

Dated: January 4, 2026                                  Respectfully submitted,


                                          /s/ Brian J. Graber
                                          One of the Attorneys for Plaintiff, Nicole M. Pagani


Brian J. Graber
BRIAN J GRABER LLC
One of the Attorneys for Plaintiff, Nicole M. Pagani
200 E. Randolph Street
Suite 5100
Chicago, IL 60601
(312) 291-4648
Email: graberlaw1973@gmail.com

3