IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE M. PAGANI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2024-CV-13320 |
| | ) | |
| SHERIFF OF COOK COUNTY | ) | Judge John J. Tharp, Jr. |
| and | ) | Magistrate Judge Jeffrey T. Gilbert |
| COOK COUNTY, as Indemnitor, | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED AGREED PRIVACY ACT ORDER

This matter having come before the court on an agreed motion, and the court being informed in the premises, it is hereby ORDERED:

1. Defendant CCSO is granted leave to issue and serve a subpoena for records only to the FBI, seeking production of the materials identified in its Touhy Letter dated May 14, 2025 (the "Touhy Letter"). The current stay of discovery shall otherwise remain in effect.

2. Pursuant to 5 U.S.C. § 552a(b)(12), the Federal Bureau of Investigation may produce documents sought by subpoena regarding materials requested in the Touhy Letter that otherwise would be restricted by the Privacy Act. The Federal Bureau of Investigation may also produce documents that are otherwise confidential. The Federal Bureau of Investigation may produce documents in either category subject to the Confidentiality Order entered by the Court on June 30, 2025 (ECF No. 41). The parties shall use any such document for the purposes of this litigation only and shall take reasonable steps to prevent the disclosure of such testimony or documents for any purposes other than this litigation.

ENTER:

_____
Hon. Jeffrey T. Gilbert

Dated: March 19, 2026
_____

09016\328639421.v1